## GARY ROGERS *v.* NORTHEAST UTILITIES

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 23 (AC 15508), is denied.

*William F. Gallagher*, in support of the petition.

*Richard W. Bowerman*, in opposition.

Decided June 25, 1997

## STATE OF CONNECTICUT *v.* EBONY CASEY

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 32 (AC 15847), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Daniel S. Blinn*, special public defender, in support of the petition.

*Paul J. Ferencek*, assistant state's attorney, in opposition.

Decided June 25, 1997